```
 1  Kathryn L. Johnson (#19150)
    Law Office of Kathryn L. Johnson, PLC
 2  4337 E. 5th Street
    Tucson, AZ 85711
 3  (520) 743-2257; (520) 743-2231 facsimile
    Attorney for Debtor
 4
 5
 6                  IN THE UNITED STATES BANKRUPTCY COURT
 7                       FOR THE DISTRICT OF ARIZONA
 8
    In re:                            )   Case No. 4:10-bk-34487-EWH
 9                                    )
                                      )   Chapter 13 Proceeding
10                                    )
    VOLKER KIEL,                      )   MOTION TO EXTEND TIME TO
11                                    )   FILE STIPULATED ORDER
                       Debtor.        )   CONFIRMING CHAPTER 13 PLAN
12  _____ )
```

13

Debtor, Carlos and Carla Burton, by and through counsel undersigned, hereby request that the Court extend the time to file a Stipulated Order Confirming Chapter 13 Plan, as follows:

1. On October 26, 2010, Debtor filed this Chapter 13 proceeding. A proposed Chapter 13 Plan was filed on or about October 26, 2010. Prior to the filing of the Bankruptcy,

2. In Debtor's Chapter 13 Plan, it states the Debtor wishes to avoid the lien of US Bank as it is not a valid lien against his personal residence.

3. According to the appraisal received by the Debtor, the residence is worth $143,000.00 and the first mortgage is approximately $156,000.00

4. As of today's date, US Bank has not filed a proof of claim in this case.

5. Debtor is requesting an additional 60 days to file the Stipulated Order Confirming Plan in order to file an adversary case in order to deal with the second mortgage.

Debtor respectfully requests that this motion be granted unless on or before 15 days

| | |
|---|---|
| 1 | from the mailing of this objection any interested party files a written request for a hearing, |
| 2 | AND SETS FORTH the specific grounds for such request, with the Clerk of the Bankruptcy |
| 3 | Court, and mails a copy thereof to Debtor's counsel at 4337 E. 5th Street , Tucson, AZ 85711. |
| 4 | DATED this 20th day of April, 2011. |
| 5 | LAW OFFICE OF KATHRYN L. JOHNSON |
| 7 | By: /s/ Kathryn L. Johnson |
| | Kathryn L. Johnson |
| 8 | Attorney for Debtor |
| 10 | Copy of the foregoing mailed this 20th day of April, 2011 to: |
| 11 | Dianne C. Kerns, Trustee |
| | 7320 N. La Cholla, #154-413 |
| 12 | Tucson, AZ 85741 |
| 13 | Volker Kiel |
| | 4272 W. Vernanda Street |
| 14 | Tucson , AZ 85741 |
| 15 | /s/ Irene L. Lehane |